AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No.    5:26-MJ-93 (ML) |
| | ) |
| | ) |
| JESUS HERNANDEZ SESENA | ) |
| | ) |
| Defendant | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On

or about the date(s) of April 25, 2026 in the county of Jefferson in the Northern District of New York the defendant

violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | The defendant, an alien, native and citizen of Mexico, after having been removed from the United States, entered, and was thereafter found in the United States without having obtained the express consent of the Attorney General of the United States, or their successor, the Secretary of the Department of Homeland Security, for reapplication for admission into the United States. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☒      Continued on the attached sheet.

_____
Complainant's signature

Kajoya Daniels, Supervisory Border Patrol Agent
_____
Printed name and title

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:    April 28, 2026
_____
Judge's signature

City and State:    Binghamton, New York         Hon. Miroslav Lovric, U.S. Magistrate Judge
_____
Printed name and title

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Kajoya Daniels, being duly sworn, depose and state that:

## I.    Introduction

1.    I am a Supervisory Border Patrol Agent ("BPA") with the United States Department of Homeland Security ("DHS"), Customs and Border Protection ("CBP"). I have been so employed since May 2007. As a part of my duties at CBP, I have investigated violations of the United States Code, including violations of Title 8, United States Code, Section 1326.

2.    This affidavit is made in support of an application for a criminal complaint charging Jesus HERNANDEZ SESENA ("HERNANDEZ SESENA") with a violation of Title 8, United States Code, Section 1326 (Re-Entry of Removed Aliens).

3.    The information contained in this affidavit is based upon my investigation of this matter and on information provided by other law enforcement agents. Because this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that HERNANDEZ SESENA illegally reentered the United States after previously being ordered removed.

## II.    Investigation and Factual Basis for the Complaint

4.    On April 25, 2026, a Jefferson County Sherriff's Office ("JCSO") Deputy observed a 2017 white Ford Pickup committing a speeding violation in Adams, New York. The JCSO Deputy conducted a traffic stop and identified HERNANDEZ SESENA as the vehicle's driver. When asked for identification, HERNANDEZ SESENA and the vehicle's other two other

1

occupants provided Mexican identification cards. JCSO then contacted the United States Border Patrol ("USBP") to assist the investigation. BPA conducted a search of DHS records based on the identifiers listed on HERNANDEZ SESENA's Mexican identification card. BPA identified records indicating that HERNANDEZ SESENA had been previously removed from the U.S. and had no current legal status in the U.S. The records included a photograph of HERNANDEZ SESENA.

5.      A BPA responded to the scene of the traffic stop. The BPA compared the photograph of HERNANDEZ SESENA from the DHS records with HERNANDEZ SESENA's appearance on scene and concluded they were the same individual. HERNANDEZ SESENA was placed under arrest and transported to the Wellesley Island Border Patrol Station for processing. At the station, a complete set of biometric fingerprints were electronically obtained from HERNANDEZ SESENA and submitted to the Federal Bureau of Investigation ("FBI") Identification Division and queried against DHS's Automated Biometric Identification System ("IDENT"). This query confirmed the arrestee's identity as Jesus HERNANDEZ SESENA, DOB 4/2/1999, a Mexican citizen with no lawful status in the United States.

6.      A further review of DHS records revealed that, on or about December 10, 2017, HERNANDEZ SESENA had been arrested by USBP in Hebbronville, Texas. After his arrest, HERNANDEZ SESENA was served a Notice and Order of Expedited Removal, ordering him removed to Mexico. On or about December 11, 2017, pursuant to that expedited removal order, HERNANDEZ SESENA was physically removed from the United States at the Laredo, Texas, Port of Entry.

2

7.     DHS records additional established that, on or about December 12, 2017, HERNANDEZ SESENA reentered the United States unlawfully and was again arrested by USBP in Hebbronville, Texas.   After his arrest, HERNANDEZ SESENA was processed under a Reinstatement of Prior Order of Removal pursuant to Section 241(a)(5) of the Immigration and Nationality Act.   On or about December 17, 2017, HERNANDEZ SESENA was again physically removed from the United States at the Laredo, Texas, Port of Entry.

8.     DHS records establish that at no point between his removal on December 17, 2017, and when he was found in the United States on April 25, 2026, did HERNANDEZ SESENA obtain the express consent of the Attorney General of the United States, or his successor, the Secretary of Homeland Security, to lawfully reenter the United States.

9.     After his April 25, 2026, arrest, HERNANDEZ SESENA was advised of his *Miranda* rights.   HERNANDEZ SESENA indicated he understood his rights and agreed to speak with interviewing BPAs.   As part of his statement, HERNANDEZ SESENA provided his true and correct name of Jesus HERNANDEZ SESENA and confirmed that he is and always has been a citizen of Mexico.   HERNANDEZ SESENA also admitted he illegally crossed the border from Mexico into the state of Texas in 2018. HERNANDEZ SESENA acknowledged that he knew it was illegal to cross the border because he had already been previously removed from the U.S.

## III.     Conclusion

10.     Based upon the foregoing, there is probable cause to believe that Jesus HERNANDEZ SESENA has violated 8 U.S.C. § 1326 (Re-Entry of Removed Aliens).   I respectfully request the Court issue the proposed complaint pursuant to this violation of federal law.

3

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

Kajoya Daniels, Supervisory Border Patrol Agent
U.S. Department of Homeland Security

I, the Honorable Miroslav Lovric, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by videoconference on April 28, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Miroslav Lovric
United States Magistrate Judge

4